IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RANDALL LAMONT ROLLE,

    Petitioner,

vs.	Case No.: 4:06cv452-SPM/WCS

JAMES McDONOUGH,

    Respondent.

_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated January 8, 2008 (doc. 32). Petitioner has been furnished a copy and has filed objections pursuant to Title 28, United States Code, Section 636(b)(1). Despite the objections, I have determined that the report and recommendation should be adopted. Accordingly, it is hereby

ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 32) is ADOPTED and incorporated by reference in this order.

2. The § 2254 petition is denied.

DONE AND ORDERED this 25th day of February, 2008.

                                  *s/ Stephan P. Mickle*
                                  Stephan P. Mickle
                                  United States District Judge