IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RANDALL LAMONT ROLLE,

    Petitioner,

vs.                                       Case No.: 4:06cv452-SPM/WCS

JAMES McDONOUGH,

    Respondent.
_____/

## ORDER DENYING MOTIONS TO RECUSE AND SET ASIDE ORDER

This cause comes before the Court on Petitioner Randall Lamont Rolle's Motion to Recuse (doc. 53) and Motion to Set Aside Order (doc. 54). Petitioner fails to state any legitimate ground for recusal or to set aside the Court's previous order. Accordingly, it is

ORDERED AND ADJUDGED that the motions (docs. 53 and 54) are denied.

DONE AND ORDERED this 17th day of September, 2008.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    United States District Judge