IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RANDALL LAMONT ROLLE,

    Petitioner,

v.                                         Case No.: 4:06cv452-SPM/WCS

JAMES McDONOUGH,

    Respondent.

_____/

**ORDER DENYING MOTIONS TO RECUSE AND SET ASIDE ORDER**

    This cause comes before the Court on Petitioner Randall Lamont Rolle's Motions to Recuse and Set Aside Order (doc. 82). The motion is directed to the Court's February 25, 2008 order (doc. 34) denying Rolle's § 2254 petition. Rolle appealed but was denied a certificate of appealability (doc. 65). While the § 2254 appeal was pending, Rolle filed a motion to recuse (doc. 53) and motion to set aside (doc. 54). Those motions were denied by order (doc. 61) dated September 17, 2008. Rolle has appealed that order and his appeal is still pending as USCA Appeal # 08-15566-D.

    The most recent motion filed by Rolle is successive, and fails to state any legitimate ground for recusal or to set aside the Court's previous order. Accordingly, it is

ORDERED AND ADJUDGED that the Motions to Recuse and Set Aside Order (doc. 82) are denied.

DONE AND ORDERED this 24th day of February, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

Case No.: 4:06cv452-SPM/WCS